Before STATE INDUSTRIAL BOARD, Respondent. HENRY SCHUESSLAR, Respond-

---

* See 42 U. S. Stat. at Large, 2237, 2238, being Proc. Pres. March 26, 1921, designating and appointing James C. Davis as successor, effective at Noon on March 28, 1921.— [REP.

ent, v. TUTTLE & BAILEY MANUFACTURING COMPANY and Another, Appellants.— Motion granted, with ten dollars costs in favor of the State Industrial Board.